# NOTES OF CAUSES

Decided during the period comprised in this Volume, and not reported in full.

---

No. 1970. VERNER *v.* McGHEE. November Term, 1886. This was a motion by appellants to suspend the appeal until a motion could be heard and decided on Circuit for a new trial on the ground of newly discovered evidence. The court said: This motion is refused, it not appearing to the court that plaintiff, appellant, was ignorant of the alleged after discovered facts at the trial below, or if so that he had used due diligence to ascertain said facts. OPINION PER CURIAM, December 14, 1886.

No. 1971. SMITH *v.* THOMASON. November Term, 1886. The master excluded the testimony of defendant as incompetent. On exceptions to this report, Judge Kershaw ruled that defendant was a competent witness as to certain matters, and therefore recommitted the report, without passing upon any of the other questions involved. From this order the plaintiff appealed. This court held that the appeal was premature, and passed an order dismissing the appeal without prejudice, December 15, 1886.

No. 1973. STATE *v.* MOORE. November Term, 1886. On January 6, 1887, defendant, appellant, mailed at Columbia, S. C., a notice addressed to Solicitor Orr, at Greenville, S. C., that he would move the court on the 10th inst. for an order restoring to the docket the appeal in this case, which had been dismissed by the clerk. This court, by its order of January 19, 1887, dismissed the motion without prejudice, "it not appearing that proper notice has been given to the respondent."